Bettie A. BROWN, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2008–3023.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

Bettie A. Brown, pro se.

**ORDER**

Petitioner having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Edward Tyrone CARTER, Petitioner,

v.

LIBRARY OF CONGRESS,
Respondent.

No. 2008–3089.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2008.

Edward Tyrone Carter, pro se.

Before MICHEL, Chief Judge,
LOURIE and LINN, Circuit Judges.

PER CURIAM.

*ORDER*

Upon review of this recently docketed petition for review of a decision of an arbitrator in Federal Mediation and Conciliation Service No. 070312–54595–A, the court considers whether it should be dismissed for lack of jurisdiction.

Edward Tyrone Carter was a Library of Congress employee. Carter filed a grievance challenging his removal and the Fraternal Order of Police/Library of Congress Labor Committee (Union) requested arbitration. The Federal Mediation and Conciliation Service held an arbitration proceeding. On October 1, 2007, an arbitrator upheld the Library of Congress's determination to remove Carter. On December 3, 2007, the court received Carter's petition for review of the arbitrator's decision.

This court's jurisdiction to review arbitrator's decisions is limited to cases in which the adverse action could have been appealed to the Merit Systems Protection Board. *Bonner v. Department of Veterans Affairs,* 477 F.3d 1343, 1347–48 (Fed.Cir. 2007). An employee of the Library of Congress may not appeal adverse actions to the Board. *Gardner v. Library of Congress,* 774 F.2d 1081 (Fed.Cir.1985). Thus, Carter may not seek review of the arbitrator's decision in this court.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for review is dismissed for lack of jurisdiction.

(2) Each side shall bear its own costs.